[Civ. No. 4696.  First Appellate District, Division Two.—August 22, 1924.]

## K. TELLOIAN, Respondent, v. H. KAZARIAN, Appellant.

[1] CONVERSION—POSSESSION—CONFLICTING  EVIDENCE—FINDING—APPEAL.—In this action for damages for the conversion of certain grapes grown upon a small tract of land upon which neither of the parties to the action resided, the only question presented on appeal having been as to possession, and the trial court, upon conflicting but sufficient evidence, having found in favor of plaintiff, the judgment was affirmed.

(1) 4 C. J., p. 884, sec. 2855.

APPEAL from a judgment of the Superior Court of Fresno County. S. L. Strother, Judge. Affirmed.

The facts are stated in the opinion of the court.

C. K. Bonestell for Appellant.

Samuel F. Hollins for Respondent.

LANGDON, P. J.—This appeal is from a judgment for respondent in an action brought by him to recover damages for the conversion of a certain crop of grapes grown upon a small tract of land upon which neither of the parties to the action resided. [1] The only question presented is as to possession. Upon conflicting evidence the court found in favor of respondent. As there is evidence in the record to support this finding, the judgment must be affirmed. It is so ordered.

Sturtevant, J., and Nourse, J., concurred.

1. See 2 Cal. Jur. 921; 2 R. C. L. 204.